IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE W. CHAMBLEE, #132423, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:04cv839-MEF |
| | ) |
| SIDNEY T. WILLIAMS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

On July 21, 2006, the Magistrate Judge filed a Recommendation (Doc. #43) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is adopted;

2. That the motion to dismiss filed by the plaintiff on July 20, 2006 is GRANTED;

3. That the plaintiff's claims against Martin A. Ramsey are DISMISSED with prejudice;

4. That Martin A. Ramsey is DISMISSED as a defendant in this cause of action; and

5. That this case is REFERRED back to the Magistrate Judge for appropriate proceedings against the remaining defendants.

Done this the 23rd day of August, 2006.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE