IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| STEVEN WAYNE CHAMBLEE, #132423, ) | |
| ) | |
| Plaintiff, ) | |
| v.                                  ) | CASE NO. 2:04-cv-839-MEF |
| ) | |
| SIDNEY T. WILLIAMS, *et al*.,   ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 6, 2006 (Doc. #53), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. The parole defendants' motion for summary judgment is GRANTED.

2. Judgment is GRANTED in favor of the parole defendants.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE